UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
John Alejandro Castro,                                          CASE NO: 21-17841-RAM
                                                                CHAPTER 7

_____Debtor_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Robert Sanchez, Esq. and the Law Office of Robert Sanchez, P.A., as counsel for the above-mentioned Debtor and moves this Court to allow said attorney and law firm to withdraw as counsel for Debtor per Local Rule 2091-1 and as grounds therefore states:

1. The Debtor filed for Chapter 7 bankruptcy relief on August 12, 2021.
2. The 341 Meeting of Creditors was held on September 9, 2021, and the trustee requested additional documentation of the debtor.
3. Undersigned Counsel hand debtor have encountered irreconcilable differences that impede to represent the debtor effectively in this case.
4. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtors as follows:

   John Alejandro Castro
   850 NE 212 Terrace #7
   Miami, FL 33179

5. Debtors have been sent a copy by Certified Mail of the instant motion and the implications thereunder

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor and allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

Respectfully submitted

Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49 Street
Hialeah, FL 33012
Tel: (305) 687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esquire
FBN: #0442161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
John Alejandro Castro,                                  CASE NO: 21-17841-RAM
                                                        CHAPTER 7
_____Debtor_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Withdrawal as counsel and Notice of Hearing was mailed this 22nd day of November 2021 to: via certified mail to the Debtor, John Alejandro Castro, 850 NE 212 Terrace #7, Miami, FL 33179 and via ECF to Trustee and via regular mail to all other interested parties.

Respectfully Submitted:

Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49 Street
Hialeah, FL 33012
Tel: (305) 687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esquire
FBN: #0442161