# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21−17841−RAM
Chapter: 7

**In re:**
John Alejandro Castro Ortiz
850 NE 212 Terrace #7
Miami FL 33179
SSN: XXX−XX−9721

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert A Mark to consider the following:

### [26] Motion to Withdraw as Attorney of Record Filed by Debtor John Alejandro Castro Ortiz (Sanchez, Robert)

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date: January 06, 2022**
   **Time: 10:00AM**
   **Location: Telephone by CourtSolutions LLC**

2. The hearing scheduled by this notice will take place only by telephone. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Individuals not represented by counsel will be able to use the telephonic services free of charge. Although conducted by telephone, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court−solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476.

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 12/15/2021**                                                By: Robert Sanchez