UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    John Alejandro Castro Ortiz    Case No. 21-17841-RAM-

    Debtor(s).    Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to withdrawal as counsel and Notice of Hearing was sent to all parties on the attached service list on December 15, 2021.

Electronically: Joel L. Tabas, Trustee, Trustee

First Class Mail:

Debtor(s), John Alejandro Castro Ortiz
850 NE 212 Terrace #7
Miami, FL 33179

All Creditors on the Matrix

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161