| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-17841-RAM<br>Southern District of Florida<br>Miami<br>Wed Dec 15 15:04:32 EST 2021 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AR Resources, Inc.<br>POB 1056<br>Blue Bell, PA 19422-0287 |
| ARS<br>1643 NW 136 Avenue #100<br>Fort Lauderdale, FL 33323-2857 | Alchrolfirst Fed Credit<br>1940 Harrison Street #202<br>Hollywood, FL 33020-5072 | American Express<br>POB 981537<br>El Paso, TX 79998-1537 |
| (p)APPLIED BANK<br>PO BOX 15809<br>WILMINGTON DE 19850-5809 | Capital One<br>POB 31293<br>Salt Lake City, UT 84131-0293 | Captial One<br>POB 31293<br>Salt Lake City, UT 84131-0293 |
| Consumer Adjustment<br>12855 Tesson Ferry Rd<br>Saint Louis, MO 63128-2911 | First National Bank<br>1500 S. highline Avenue<br>Sioux Falls, SD 57110-1003 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding, LLC<br>POB 1269<br>Greenville, SC 29602-1269 | MB Financial Services<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Macy<br>POB 8218<br>Monroe, OH 45050 |
| Mayor Jewelry<br>100 Macarthur Blvd<br>Mahwah, NJ 07430 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pena Credit Corp.<br>6800 Commerce Drive<br>Harrisburg, PA 17110 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | Space Coast Credit Union<br>POB 419002<br>Melbourne, FL 32941-9002 | The Bureaus, Inc.<br>650 Dundee Road<br>Suite 370<br>Northbrook, IL 60062-2757 |
| The bank of the Pacific<br>1216 Skyview Drive<br>Aberdeen, WA 98520-1067 | WF Financial Cards<br>POB 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Cards<br>POB 14517<br>Des Moines, IA 50306-3517 |
| Joel L Tabas<br>25 SE 2nd Avenue<br>Suite 248<br>Miami, FL 33131-1508 | John Alejandro Castro Ortiz<br>850 NE 212 Terrace #7<br>Miami, FL 33179-1356 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Applied Bank                    JPMCB Card Services            Phoenix Financial
4700 Exchange Court             POB 15369                      8902 Otis Avenue #103A
Boca Raton, FL 33431            Wilmington, DE 19850           Indianapolis, IN 46216
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                        End of Label Matrix
                                Mailable recipients    26
                                Bypassed recipients     1
                                Total                  27
```