UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  21-17841-BKC-RAM
                                                          Chapter 7

**JOHN ALEJANDRO CASTRO ORTIZ**
SSN: XXX-XX-9721

_____Debtor._____/

## **TRUSTEE'S MOTION TO COMPEL TURNOVER OF NON-EXEMPT PROPERTY**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of John Alejandro

Castro Ortiz (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and 542

of the Bankruptcy Code, files this Motion to Compel Turnover of Non-Exempt Personal

Property (the "Motion"), and in support thereof, states as follows:

1.      This case commenced with the filing of a voluntary Chapter 7 Petition by

the Debtor, John Alejandro Castro Ortiz (the "Debtor"), on August 12, 2021 (the "Petition

Date"). Shortly thereafter, Joel L. Tabas was appointed Chapter 7 trustee of the Debtor's

bankruptcy estate (the "Estate").

**The Scheduled Property**

2.      The Debtor's Schedule "A/B" [ECF 1, pp. 10-14] lists the Debtor's interest

in personal property with an aggregate scheduled value of $410.00 (the "Scheduled

Property").

3.      The Trustee asserts that the Scheduled Property is undervalued.  For

example, the Debtor lists a Citibank checking account ending in x3851 with a scheduled

value of $40.00, but the bank account had an actual balance of $4,801.97 at the beginning of the Petition Date and $1,015.97 at the end of the Petition Date.[1]

**The Unscheduled Property**

4.     Notably absent from the Debtor's schedules is any interest in real property, vehicles, household goods, furnishings, electronics, or jewelry.

5.     However, on July 28, 2021, just two weeks prior to the Petition Date, the Debtor executed a Family Law Financial Affidavit (the "Affidavit") under the penalty of perjury in which he attested that he owned $200,000 in real estate, $20,000 in automobiles and $30,000 in other personal property[2].  A true and correct copy of the Affidavit dated July 28, 2021 and filed in Case No. 21-000269-FC-04 before the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Divorce Proceeding") is attached hereto as Exhibit "A."

6.     Further, pursuant to the terms of the Marital Settlement Agreement (the "MSA") entered in the Divorce Proceeding, the Debtor became the sole owner of the aforementioned real property[3], which is located at Calle 191A #11a-25 Torre 1, Apto 1704, Bogota, Colombia and Carrera 8C # 188-95 Interior 2 Apto 604, Bogota (collectively, the "Real Property"), and the vehicle[4], which is a 2009 BMW 320i vin # WBAVG71059A402240 (the "Vehicle"), on August 5, 2021, the date the Final Judgment

---

[1] On the Petition Date, the Debtor withdrew $3,300.00 in cash from his bank account, which he has failed to provide any explanation for, to date.  The Trustee believes that the cash remained in the Debtor's possession and that the Debtor similarly undervalued this asset on his schedules (line 16 of the Debtor's Schedule "A/B" lists only $70.00 in cash).

[2] *See* Affidavit, Section III.A.

[3] *See* MSA, Article 3.6.

[4] *See* MSA, Article 3.7.

of Dissolution of Marriage was entered in the Divorce proceeding.  A true and correct copy of the Marital Settlement Agreement is attached hereto as Exhibit "B."

**The Trustee Settlement Efforts, To Date**

7.    The Trustee, through counsel, has been attempting to negotiate a global settlement with the Debtor for either the repurchase or turnover of the non-exempt portion of the Scheduled Property, Real Property and Vehicle (collectively, the "Property") since November 18, 2021.  However, the Debtor has refused to either repurchase of turnover any of the Property.

**Requested Relief**

8.    The Property is property of the estate pursuant to 11 U.S.C. § 541 and subject to turnover pursuant to 11 U.S.C. § 542.

9.    The Debtor's failure to either repurchase or turnover the non-exempt portion of the Personal Property to the Trustee is prejudicing the Trustee's administration of this Estate.

10.    Accordingly, the Trustee seeks entry of an order compelling the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase of the non-exempt portion of the Property; or (b) immediately turnover the non-exempt portion of the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of John Alejandro Castro Ortiz, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; and (2) granting such other and further relief as this Court deems just and proper.

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished

on December 30, 2021, to the parties who are currently on the list to receive e-mail

notice/service for this case, and via U.S. Mail to the following:

John Alejandro Castro Ortiz
850 NE 212 Terrace #7
Miami, FL 33179

                    Respectfully submitted,

                    /s/ Joshua D. Silver
                    Joshua D. Silver
                    Fla. Bar No. 100022
                    Tabas & Soloff, P.A.
                    Attorneys for Trustee, Joel L. Tabas
                    25 S.E. 2nd Avenue, Suite 248
                    Miami, Florida 33131
                    Telephone: (305) 375-8171
                    Email: jsilver@tabassoloff.com

IN THE CIRCUIT COURT OF THE __ELEVENTH_____ JUDICIAL CIRCUIT,
IN AND FOR __MIAMI DADE_____ COUNTY, FLORIDA

Case No.: 21-269-fc-04_____
Division: FAMILY_____

__LILIANA CARDONA_____,
                                    Petitioner,
and

__JOHN ALEJANDRO CASTRO___,
                                    Respondent.


# FAMILY LAW FINANCIAL AFFIDAVIT (SHORT FORM)

### (Under $50,000 Individual Gross Annual Income)

I, *{full legal name}* John Alejandro Castro_____, being sworn, certify that the following information is true:

My Occupation: __unemployeed_____ Employed by: N/A_____

Business Address: N/A_____

Pay rate: $ _____ ☐ every week ☐ every other week ☐ twice a month ☐ monthly
☐ other: _____

☐ Check here if unemployed and explain on a separate sheet your efforts to find employment.

**SECTION I.  PRESENT MONTHLY GROSS INCOME:**
**All amounts must be MONTHLY.**  See the instructions with this form to figure out money amounts for anything that is NOT paid monthly.  Attach more paper, if needed.  Items included under "other" should be listed separately with separate dollar amounts.

1.  $_____ Monthly gross salary or wages

2.  _____ Monthly bonuses, commissions, allowances, overtime, tips, and similar payments

3.  _____ Monthly business income from sources such as self-employment, partnerships, close corporations, and/or independent contracts (gross receipts minus ordinary and necessary expenses required to produce income) (Attach sheet itemizing such income and expenses.)

4.  _1475_ Monthly disability benefits/SSI

5.  _____ Monthly Workers' Compensation

6.  _____ Monthly Unemployment Compensation

7.  _____ Monthly pension, retirement, or annuity payments

8.  _____ Monthly Social Security benefits

9.  _____ Monthly alimony actually received (Add 9a and 9b)

      9a.  From this case: $ _____

      9b.  From other case(s): $ _____

10.  _____ Monthly interest and dividends

11.  _____ Monthly rental income (gross receipts minus ordinary and necessary expenses

Florida Family Law Rules of Procedure Form 12.902(b), Family Law Financial Affidavit (Short Form) (11/20)

# EXHIBIT "A"

required to produce income) (Attach sheet itemizing such income and expense items.)

12. _____ Monthly income from royalties, trusts, or estates

13. _____ Monthly reimbursed expenses and in-kind payments to the extent that they reduce personal living expenses

14. _____ Monthly gains derived from dealing in property (not including nonrecurring gains)

15. _____ Any other income of a recurring nature (list source) _____

16. _____

17. **$ 1475** **TOTAL PRESENT MONTHLY GROSS INCOME** (Add lines 1–16)

**PRESENT MONTHLY DEDUCTIONS:**

18. $_____ Monthly federal, state, and local income tax (corrected for filing status and allowable dependents and income tax liabilities)

   a.  Filing Status _____

   b.  Number of dependents claimed _____

19. _____ Monthly FICA or self-employment taxes

20. _189___ Monthly Medicare payments

21. _____ Monthly mandatory union dues

22. _____ Monthly mandatory retirement payments

23. _____ Monthly health insurance payments (including dental insurance), excluding portion paid for any minor children of this relationship

24. _____ Monthly court-ordered child support actually paid for children from another relationship

25. _____ Monthly court-ordered alimony actually paid (Add 25a and 25b)

     25a. from this case:      $ _____

     25b. from other case(s): $ _____

26. **$ 189___** **TOTAL DEDUCTIONS ALLOWABLE UNDER SECTION 61.30, FLORIDA STATUTES** (Add lines 18 through 25)

27. **$ 1286___** **PRESENT NET MONTHLY INCOME** (Subtract line 26 from line 17)

Florida Family Law Rules of Procedure Form 12.902(b), Family Law Financial Affidavit (Short Form) (11/20)

**SECTION II.  AVERAGE MONTHLY EXPENSES**

**Proposed/Estimated Expenses.** If this is a dissolution of marriage case **and** your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

**A.  HOUSEHOLD:**

| | |
|---|---|
| Mortgage or rent | $ 800 |
| Property taxes | $_ |
| Utilities | $_ |
| Telephone | $ 65 |
| Food | $ 500 |
| Meals outside home | $_ |
| Maintenance/Repairs | $ |
| Other: | $_ |

**B.  AUTOMOBILE**

| | |
|---|---|
| Gasoline | $ 50 |
| Repairs | $_ |
| Insurance | $_____ |

**C.  CHILD(REN)'S EXPENSES**

| | |
|---|---|
| Day care | $ _____ |
| Lunch money | $_ |
| Clothing | $ _____ |
| Grooming | $_ |
| Gifts for holidays | $ _____ |
| Medical/Dental (uninsured) | $ _____ |
| Other: _____ | $ _____ |

**D.  INSURANCE**

| | |
|---|---|
| Medical/Dental (if not listed on lines 23 or 45) | $ 250 |
| Child(ren)'s medical/dental | $ _____ |
| Life | $ _____ |
| Other: | $ _____ |

**E.  OTHER EXPENSES NOT LISTED ABOVE**

| | |
|---|---|
| Clothing | $ 100 |
| Medical/Dental (uninsured) | $_ |
| Grooming | $_ |
| Entertainment | $_ |
| Gifts | $_ |
| Religious organizations | $_ |
| Miscellaneous | $_____ |
| Other: | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_ |
| _____ | $_ |
| _____ | $_____ |

**F.  PAYMENTS TO CREDITORS**

| CREDITOR: | MONTHLY PAYMENT |
|---|---|
| _____ | $ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $_____ |
| _____ | $ _____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

28. $ _1715___ **TOTAL MONTHLY EXPENSES** (add **ALL** monthly amounts in A through F above)

**SUMMARY**

29. $ _1286___ **TOTAL PRESENT MONTHLY NET INCOME** (from line 27 of SECTION I.  INCOME)

30. $ _1715___ **TOTAL MONTHLY EXPENSES**  (from line 28 above)

31. $ _____    **SURPLUS** (If line 29 is more than line 30, subtract line 30 from line 29. This is the amount
                             of your surplus.  Enter that amount here.)

32. ($ _429___ ) **(DEFICIT)** (If line 30 is more than line 29, subtract line 29 from line 30. This is the amount
                             of your deficit.  Enter that amount here.)


**SECTION III.  ASSETS AND LIABILITIES**
**Use the nonmarital column only if this is a petition for dissolution of marriage and you believe an item
is "nonmarital," meaning it belongs to only one of you and should not be divided.**  You should indicate
to whom you believe the item(s) or debt belongs.  (Typically, you will only use this column if property/debt
was owned/owed by one spouse before the marriage.  See the **"General Information for Self-
Represented Litigants"** found at the beginning of these forms and section 61.075(1), Florida Statutes, for
definitions of "marital" and "nonmarital" assets and liabilities.)


**A.  ASSETS:**

| | DESCRIPTION OF ITEM(S). List a description of each separate item owned by you (and/or your spouse, if this is a petition for dissolution of marriage). LIST ONLY LAST 4 DIGITS OF ACCOUNT NUMBERS. Check the line next to any asset(s) which you are requesting the judge award to you. | Current Fair Market Value | Nonmarital (check correct column) | | | |
|---|---|---|---|---|---|---|
| | | | Petitioner | | Respondent | |
| ✔ | Cash (on hand) | $ 0 | | | | |
| ☐ | Cash (in banks or credit unions) | | | | | |
| ☐ | Stocks, Bonds, Notes | | | | | |
| ✔ | Real estate: (Home) | 200000 | | | | |
| ☐ | (Other) | | | | | |
| ✔ | Automobiles | 20000 | | | | |
| ✔ | Other personal property | 30000 | | | | |
| ☐ | Retirement plans (Profit Sharing, Pension, IRA, 401(k)s, etc.) | | | | | |
| ☐ | Other | | | | | |
| ☐ | | | | | | |
| ☐ | | | | | | |
| ☐ | | | | | | |
| ☐ | | | | | | |
| ☐ | | | | | | |
| ☐ | ☐ Check here if additional pages are attached. | | | | | |
| **Total Assets**  (add next column) | | $ 250000 | | | | |

**B.  LIABILITIES:**

| DESCRIPTION OF ITEM(S).  List a description of each separate debt owed by you (and/or your spouse, if this is a petition for dissolution of marriage).  LIST ONLY LAST 4 DIGITS OF ACCOUNT NUMBERS.  Check the line next to any debt(s) for which you believe you should be responsible. | Current Amount Owed | Nonmarital (check correct column) | |
|---|---|---|---|
| | | Petitioner | Respondent |
| ✔ Mortgages on real estate: First mortgage on home | $ 25000 | | |
| ___ Second mortgage on home | | | |
| ___ Other mortgages | | | |
| ___ | | | |
| ___ Auto loans | | | |
| ___ | | | |
| ___ Charge/credit card accounts | | | |
| ___ | | | |
| ___ | | | |
| ___ | | | |
| ___ Other | | | |
| ___ | | | |
| ___ | | | |
| ___ | | | |
| ____ Check here if additional pages are attached. | | | |
| **Total Debts**  (add next column) | $ 25000 | | |

**C.  CONTINGENT ASSETS AND LIABILITIES:**

INSTRUCTIONS:  If you have any **POSSIBLE assets** (income potential, accrued vacation or sick leave, bonus, inheritance, etc.) or **POSSIBLE liabilities** (possible lawsuits, future unpaid taxes, contingent tax liabilities, debts assumed by another), you must list them here.

| Contingent Assets<br><br>Check the line next to any contingent asset(s) which you are requesting the judge award to you. | Possible Value | Nonmarital (check correct column) | |
|---|---|---|---|
| | | Petitioner | Respondent |
| ___ | $ | | |
| ___ | | | |
| **Total Contingent Assets** | $ | | |

| Contingent Liabilities<br><br>Check the line next to any contingent debt(s) for which you believe you should be responsible. | Possible Amount Owed | Nonmarital (check correct column) | |
|---|---|---|---|
| | | Petitioner | Respondent |
| ___ | $ | | |
| ___ | | | |
| **Total Contingent Liabilities** | $ | | |

**SECTION IV.  CHILD SUPPORT GUIDELINES WORKSHEET**
(Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet, MUST be filed with the court at or prior to a hearing to establish or modify child support. This requirement cannot be waived by the parties.)

[Check **one** only]
_____    **A Child Support Guidelines Worksheet IS or WILL BE filed in this case.** This case involves the establishment or modification of child support.
__✔__    **A Child Support Guidelines Worksheet IS NOT being filed in this case.**  The establishment or modification of child support is not an issue in this case.

I certify that a copy of this document was [**check all used**]: ✔ e-mailed ⬜ mailed ⬜ faxed
(   ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name:  Law Offices of Perez-Ceballos
Address: 814 Ponce De Leon BlvdSui
City, State, Zip:  Coral Gables, FL 3313
Telephone Number: (305) 776-8732
Fax Number: _____
E-mail Address(es): perezceballos@bells

**Under penalties of perjury, I declare that I have read this document and the facts stated in it are true.**

Dated: 07/28/2021

_____
Signature of Party
Printed Name: _____
Address: _850 NE 212 Ter # 7
City, State, Zip: Miami, FL 33179

████████████████████████████████

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the: *{choose only one}*     Petitioner     Respondent
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____,
*{city}* _____, *{state}* _____, *{zip code}* _____, *{telephone number}* _____.

Florida Family Law Rules of Procedure Form 12.902(b), Family Law Financial Affidavit (Short Form) (11/20)

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI DADE COUNTY, FLORIDA

Case No.: 21-269-FC-04
Division: Family

IN RE THE MARRIAGE OF:

LILIANA CARDONA,
    Petitioner,

    and

JOHN ALEJANDRO CASTRO,
    Respondent

## MARITAL SETTLEMENT AGREEMENT

This Agreement is made in connection with an action for dissolution between LILIANA CARDONA, referred to as "WIFE" herein, and JOHN ALEJANDRO CASTRO, referred to as "HUSBAND" herein, who are sworn and agree as follows:

**WHEREAS,** the parties hereto were married to each other on or about 10-02-17;

**WHEREAS,** WIFE has filed a petition for dissolution of marriage in the above case, and this Agreement is intended to be introduced into evidence in such action, to be incorporated in a Final Judgment entered therein;

**WHEREAS,** the parties acknowledge that irreconcilable differences exist, that the marriage is irretrievably broken, and that the parties intend to live separate and apart from each other;

**WHEREAS,** the parties wish to settle between themselves, now and forever, their respective rights, duties, and obligations regarding property and liabilities;

**WHEREAS,** each party has read this Agreement and understands its terms and consequences, and each party believes that this Agreement is fair, just, and reasonable;

**WHEREAS,** each party has assented to this Agreement freely and voluntarily, without coercion or duress;

**NOW, THEREFORE,** in consideration of the mutual covenants, promises and undertakings set forth herein, and for other good and valuable consideration, the parties have agreed and do hereby agree as follows:

Page 1 of 10   _L.C._ / _S.C._

## EXHIBIT "B"

# ARTICLE I
## JURISDICTIONAL ISSUES

1.1    The Eleventh Judicial Circuit in Miami-Dade County, Florida has continuing jurisdiction over the parties pursuant to the applicable Florida Statue.

# ARTICLE II
## SPOUSAL SUPPORT

2.1    Each party hereby specifically, absolutely and irrevocably waives, released and relinquishes any and all right he or she may have now or in the future to all forms of alimony including, but not limited to, lump sum alimony, durational, permanent alimony, rehabilitative, bridge the gap alimony or any payments for spousal support or maintenance. The Husband and Wife both acknowledge that this is a complete waiver of all alimony and that this waiver is final and irrevocable no matter what changes may occur in the future, whether as to financial circumstances, physical/mental condition of the parties, or changes in Florida law.

# ARTICLE III
## DIVISION OF OTHER ASSETS AND LIABILITIES

3.1    The parties jointly own DAMIAN 3 CAPITAL, LLC, a Florida Limited Liability Company. The parties agree that the Wife shall be the sole owner of this company as of the time of Final Judgement of Dissolution of Marriage. The Husband shall execute any documents necessary to effectuate said transfer, if necessary. The Husband waives all rights to this company. Wife holds the Husband harmless from any suits or costs associated with this company.

3.2    DAMIAN 3 CAPITAL, LLC owns real property at 19201 Collins Avenue #301, Sunny Isles, FL 33160. Said property will be owned solely by the Wife as she is the sole owner of DAMIAN 3 CAPITAL, LLC as of the time of Final Judgement of Dissolution of Marriage. The Husband shall execute any documents necessary to effectuate said transfer, if necessary. The Husband waives all rights to this real estate property. Wife holds the Husband harmless from any suits or costs associated with this property.

3.3    Wife shall retain possession and ownership of the 2011 BMW X5. The Husband shall execute any documents necessary to effectuate a transfer, if necessary. The Husband waives all rights to this automobile. Wife holds the Husband harmless from any suits or costs associated with this vehicle.

3.4    As of the date of this agreement, the Wife shall carry the cost of all payments towards the home, the company and the car mentioned above; including but not limited to insurance, taxes, HOA, utilities, and necessary and reasonable repairs. The Wife indemnifies the Husband for all payments listed herein and shall hold the Husband harmless of any claims or suits related to these payments now and in the future.

Page 2 of 10    L.C. / J.C

Case 21-17841-RAM    Doc 30    Filed 12/30/21    Page 13 of 20

3.5.  Wife shall also receive exclusive ownership in the following assets and items, and Husband waives and releases any and all claim or interest in such assets and items:

    (a)    All sums of cash in the possession of Wife or subject to her control,

    (b)    All clothing, jewelry and personal effects in the possession of Wife or subject to her sole control.

    (c)    All funds in accounts or otherwise on deposit, including any accrued interest, in banks or any other financial institutions, which are in Wife's sole name or from which Wife has the sole right to withdraw funds or which are subject to Wife's sole control unless otherwise disposed of in this Agreement.

    (d)    All stocks, bonds, mutual funds, and securities in Wife's sole name together with any dividends, splits, and other rights and privileges in connection therewith unless otherwise disposed of in this Agreement.

    (e)    Any and all retirement plans in the Wife's name unless otherwise disposed of in this Agreement.

    (f)    Wife shall retain possession over the following mother vehicle and shall be responsible for any and all costs associated with the same, including monthly payments, insurance, and repairs.

        (i)    2011 BMW X

3.6  The parties jointly own Real Property at Calle 191A # 11a-25 Torre 1, Apto 1704, Bogota, Colombia and Carrera 8C # 188-95 Interior 2 Apto 604, Bogota, Colombia.
The parties agree that the Husband shall be the sole owner of this real property as at the time of Final Judgement of Dissolution of Marriage. The Wife shall execute any documents necessary to effectuate said transfer, if necessary. The Wife waives all rights to this real property.

    (a)    Attached executed and signed by Husband-and-Wife Exhibit "A", shall form part of this agreement, additional terms in regards above mentioned real property.

3.7  Husband shall retain possession and ownership over the BMW 320I VIN # WBAVG71059A402240 and shall be responsible for any and all costs associated with the same, including monthly payments, insurance and repairs. The Wife shall execute any documents necessary to effectuate a transfer, if necessary. The Wife waives all rights to this automobile. Husband holds the Wife harmless from any suits or costs associated with this Vehicle.

3.8  Husband shall receive exclusive ownership in the following assets and items, and Wife waives and releases any and all claim or interest in such assets and items:

    (a)    All sums of cash in the possession of Husband or subject to his sole control.

    (b)    All clothing, jewelry and personal effects in the possession of Husband or subject to his sole control.

    (c)    All funds in accounts or otherwise on deposit, including any accrued interest, in banks or any other financial institutions, which are in Husband's sole name or from which Husband has the sole right to withdraw funds or which are subject to Husband's sole name,

    (d)    All stocks, bonds, mutual funds, life insurance and securities in Husband's

1.C / 3.C

sole name, together with any dividends, splits, and other rights and privileges in connection therewith.

(e)     Husband shall retain possession of any and all retirement plans in the Husband's name including but not limited to her 401K.

3.9     There are no other obligations or liabilities of the parties known to exist. Any obligation or liability that is not listed here in shall be the responsibility of the party that incurred the same, and the party that incurred the same shall indemnify the other party and the property of the other party harmless from liability therefore.

3.10     Neither party shall hereafter incur any obligation or liability for which the other party will be liable.

3.11     Any joint bank accounts savings or checking must be closed on or before the time of Final Judgement of Dissolution of Marriage, unless otherwise disposed of in this Agreement.

**General Provisions**

3.12     Other Information or Instruments.  Each party agrees to provide to the other party any necessary information or to execute and/or deliver any instrument or document necessary to transfer title or interest in property consistent with this Agreement.

3.13     Non-dischargeable in Bankruptcy.  All terms of this Agreement pertaining to the division of martial property, including but not limited to any hold harmless r indemnification provisions, are specifically intended by the parties to be non-dischargeable in the event of bankruptcy.

## ARTICLE IV
## TAX ISSUES

4.1     Attorney is Not Tax Expert.  The parties acknowledge that any attorney involved with this Agreement does not claim to be an expert in tax matters.  Each party states that he or she has consulted or has had the opportunity to consult with a tax professional to fully evaluate the tax implications and consequences of this Agreement.

4.2     Request for Information and Cooperation.  It is agreed that each party shall provide any information reasonably necessary to prepare federal income tax returns, within thirty (30) days of receipt of a written request for the same.  Each party shall reasonably cooperate with the other in the preparation of income tax returns as set forth hereinabove.  Within five days of receipt of written notice from the other party, each party will allow the other party access to these records in order to respond to an IRS examination or request for information.  Purposes for which access to such records will be granted includes, but is not limited to, the determination of acquisition dates or tax basis, and such access shall include the right to copy the records.

J.C. / J.C.

4.3     Preservation of Information. Each party shall preserve for a period of seven years from the date of the filing of the applicable tax return, all financial records relating to the marital property. Each party shall preserve indefinitely, any records which determine or affect the tax basis in any marital property.

4.4     No Waiver of "Innocent Spouse". The parties agree that nothing contained herein shall be construed as or is intended as a waiver of any rights that a party has under the "Innocent Spouse" provisions of the Internal Revenue Code.

4.5     Mutual Release. Except as otherwise expressly provided in this Agreement, the parties agree to release and do hereby release any and all right, title, interest or claims they may have to or upon the property or estate of the other whether real or personal and whether no owned or hereinafter acquired, to the end that each shall have the free and unrestricted right to dispose of his or her individual property from any claim or demand by the other party.

## ARTICLE V
## COURT COSTS AND ATTORNEY'S FEES

5.1     Any costs of court, including the filing fee for the petition for dissolution, will be borne by the party incurring the same. The Husband shall be responsible for his own attorney's fees incurred herein. The Wife shall be responsible for her own attorney fees incurred herein.

## ARTICLE VI
## GENERAL PROVISIONS

6.1     Mutual Release. Each party waives, releases and relinquishes any actual or potential right, claim or cause of action against the other party, including but not limited to asserting a claim against the estate of the other party or to act as a personal representative of such estate, except as otherwise provided for in this Agreement or arising hereunder.

6.2     Reconciliation. In the event of a reconciliation or resumption of marital relations, this Agreement or its provisions shall not be abrogated in any way without further written agreement of the parties.

6.3     No Oral Agreements. The parties agree that this Agreement constitutes the entire agreement of the parties, that this Agreement supersedes any prior understandings or agreements between them, and that there are no representations, warranties, or oral agreements other than those expressly set forth herein.

6.4     No Waiver of Breach. The failure of a party to insist on strict performance of any provision of this Agreement shall not be construed to constitute a waiver of a breach of any other provision or of a subsequent breach of the same provision.

6.5     Severability. This Agreement is severable, and if any term or provision is determined to be unenforceable, this shall not render the remainder of the Agreement unenforceable.

Page 5 of 10  1.C  /J.C.

6.6     Other Acts. Each party agrees to timely perform such other acts that are reasonably necessary or that may be reasonably requested by the other party to effectuate the provisions of this Agreement.

6.7     Survival of Agreement; No Merger. This Agreement may be offered into evidence by either party in an action for dissolution of marriage, and may be incorporated by reference in a final judgment entered therein. Notwithstanding incorporation, this Agreement shall not be merged in such judgment but shall survive the judgment and be binding on the parties.

6.8     Remedies for Enforcement. The terms and provisions of this Agreement are enforceable in contract, in addition to any remedies for enforcement that may also be available under any final judgment of dissolution of marriage entered between the parties. If any party is required to seek Court intervention to enforce any terms of this Agreement the non-complying party shall be required to reimburse the non-defaulting party all reasonable attorney's fees and costs.

6.9     Acknowledgment of Non-Legal Advice. The Petitioner/Husband acknowledges that he has not received legal advice from Counsel for the Respondent/Wife. The Respondent/Wife acknowledges that he has not received legal advice from Counsel for the Petitioner/Husband.

**I, LILIANA CARDONA, certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.**

Dated: 5/18/21                                   _Liliana Cardona_
                                                LILIANA CARDONA

STATE OF FLORIDA
COUNTY OF Miami Dade

        Sworn to or affirmed and subscribed before me on May 18 21 by LILIANA CARDONA.

        Nora A Calderon
        Comm. #HH088276            NOTARY PUBLIC - STATE OF FLORIDA
        Expires: Mar. 7, 2025        Nora A Calderon
        Bonded Thru Aaron Notary    Printed Name of Notary

X   Personally known
___ Produced identification
    Type of identification produced _____

Page 6 of 10   L.C. / J.C.

I, JOHN ALEJANDRO CASTRO, certify that I have been open and honest in entering into this Agreement. I am satisfied with this Agreement and intend to be bound by it.

Dated: 05/24/21

STATE OF FLORIDA
COUNTY OF Miami Dade

JOHN ALEJANDRO CASTRO

Sworn to (or affirmed) and subscribed before me on 05/24/2021 by JOHN ALEJANDRO CASTRO.

_MCR_

NOTARY PUBLIC - STATE OF FLORIDA

Maria C. Rojas

Printed Name of Notary

✓ Personally known
___ Produced identification
Type of identification produced _____

MARIA CRISTINA ROJAS
Commission # GG 157060
Expires November 18, 2021
Bonded Thru Budget Notary Services

Page 7 of 10   J.C.  J.C

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA.

Case No.: 2021-000269-FC-04
Division: Family

In re: The Marriage of

Liliana Cardona,                    and                    John Alejandro Castro,
Petitioner,                                                  Respondent

# Exhibit "A"

1. **Wife** forever gives up any rights and renounces to ownership of the following properties located in the country of Colombia.
   a. Calle 191A # 11A – 25 Torre 1 Apto 1704, Bogotá Colombia, Matricula inmobiliaria # 20567795.
   b. KR 8C # 188-95 Interior 2, Apto 604, Bogotá, Colombia, Matricula inmobiliaria # 20726739.
2. **Wife** will sign any documents required by the foreign country in order to transfer ownership to **Husband** or to the party **Husband** will elect at any time after the Final Judgment of Dissolution of marriage, in a timely manner without any delay at **Husband** request in writing or orally.
3. **Wife** forever gives up the rights to any gains from the sale or transfer of above-mentioned properties in the country of Colombia.
4. **Wife** agrees to give power of attorney in order to facilitate the sale or transfer of the above-mentioned property to the **Husband** or a person elected by **Husband.** Documents will be signed by **Wife** at the time of Final Judgement of Dissolution of Marriage. Additional documents may be required at a later time (then refer to #2).
5. After the Final Judgement of Dissolution of Marriage, the "Patrimonio Familiar" as per Colombian laws will be ceased and void and all rights and ownership of above-mentioned properties are assigned to **Husband** in their entirety.
6. The Property located at KR 8C # 188-95 Interior 2, Apto 604, Bogota, Colombia, have a loan with BanColombia loan number 61990035704, under **Wife's** name; such mortgage is schedule to be mature and be pay off completely on July 13, 2030. In conjunction with loan the bank savings account number 108695939-61 also under **Wife's** name.
   a. **Husband** will make his best effort to paid off such mortgage before the maturity of the loan or to transfer current loan under his name or acquired a new loan under his name. In the event that **Husband** is not able to paid off the loan in its totality in a lump sum before the maturity of the loan or transfer current the loan under his name or acquired a new loan under his name; **Wife** will allow and is in agreement to the following:
      i. Such mortgage payment will be the responsibility of the **Husband**.

Page **8** of **10**              JC.  L.C

    ii. **Wife** agrees to keep mortgage open on her name until final payment is made on July 13, 2030 and **Husband** is entitled to keep making monthly payments, every single month.

    iii. **Husband** as the party responsible for above mentioned payment will send **Wife** a monthly statement showing good standing, included annual property taxes, condo association dues and any other tax or inspections or fees required by law in the country where property is located.

    iv. In the event of **Husband** death, **Wife** agrees to transfer ownership of the property to the person or persons elected by **Husband** by will or by probe as required by Colombian Laws.

    v. In the event of default, **Husband** at **Husband's** sole cost, will pay owned moneys, any fee, attorneys fee, and or any charged associated with such default in order bring account current and to restore **Wife** good name and credit status in the country of Colombia.

    vi. **Wife** agrees to maintain the account open for the reminder of the loan life and will give power of attorney to **Husband** to manage the bank savings account in order to make the monthly payments, deposit moneys and withdraws.

**b.** **Wife** will not transfer any or the totality of the interest in the property or the loan to any person or entity at any time after the Final Judgement of Dissolution of Marriage.

**c.** **Husband** will pay any fees related to transfer, cancelations, notary fee, taxes, or any other fee o charge related to above mentioned properties, as required by Colombian laws.

**d.** This document and other related documents will be translated to Spanish language.

**I certify that I have been open, honest and being sound of mind in entering into this marital settlement agreement. I am satisfied with this agreement and intent to be bound by it.**

Petitioner

_Liliana Cardona._

Liliana Cardona

STATE OF FLORIDA
COUNTY OF Miami Dade

Sworn to (or affirmed) and subscribed before me this 28 day of May , 2021 , by
Liliana Cardona (Name of Person Making Statement).

(Seal)

Nora A Calderon
Comm. #HH088276
Expires: Mar. 7, 2025
Bonded Thru Aaron Notary

Signature of Notary Public

_Nora A Calderon._

Print, Type or Stamp Name of Notary

Personally Known: X   OR Produced Identification: ____
Type of Identification Produced: _____

Page **9** of 10

J.C . J.C

I certify that I have been open, honest and being sound of mind in entering into this marital settlement agreement. I am satisfied with this agreement and intent to be bound by it.

**Respondent**

John Alejandro Castro

STATE OF FLORIDA
COUNTY OF _Broward_

Sworn to (or affirmed) and subscribed before me this 24 day of May , 20 21 , by John A Castro (Name of Person Making Statement).

(Seal)

_____
Signature of Notary Public

Maria C. Rojas
Print, Type or Stamp Name of Notary

Personally Known: ✓ OR Produced Identification: ____
Type of Identification Produced: ____

MARIA CRISTINA ROJAS
Commission # GG 157060
Expires November 18, 2021
Bonded Thru Budget Notary Services

J.C.